Ione BETONE; Edna Thompson; Adrienne Bruguier; Bertha Chasing Hawk, all concerned tribal members, Appellants,

v.

CHEYENNE RIVER SIOUX TRIBAL COUNCIL, former to present officials; Cheyenne River Sioux Tribe, executive officers; Cheyenne River Sioux Tribe, comptroller; Cheyenne River Sioux Tribe, compliance officer; Thomas Van Norman, Cheyenne River Sioux Tribe Tribal Attorney; Si Tanka/Huron University, Huron, SD, former to present officials; Si Tanka/Huron

---

1. The Honorable Mark Bennett, Chief Judge, United States District Court for the Northern District of Iowa.

University, Administration, former to present officials; Si Tanka/Huron University, Board of Directors, former to present officials; Si Tanka/Huron, Board of Trustees, former to present officials; Russell McClure, BIA Superintendent, Si Tanka/Huron Board of Trustees; Oyate Consortium; Tom Shortbull; Oglala Lakota College, Appellees.

No. 03–3210.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 6, 2004.

Decided Aug. 11, 2004.

Ione Betone, Eagle Butte, SD, pro se.

Edna Thompson, Dupree, SD, pro se.

Adrienne Bruguier, Eagle Butte, SD, pro se.

Bertha Chasing Hawk, Eagle Butte, SD, pro se.

Thomas James Van Norman, Cheyenne, River, Sioux, Tribe, Eagle Butte, SD, Jon C. Sogn, Lee A. Magnuson, Lynn & Jackson, Steve Sandven, Sandven Law Office, Sioux Falls, SD, for Defendants–Appellees.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

Ione Betone and others appeal the district court's [1] order denying their motion for preliminary injunctive relief. We agree with the district court that absent a complaint, such a motion could not be entertained. *See* Fed.R.Civ.P. 3 (civil action is commenced on filing of complaint with court); *Nat'l Credit Union Admin. Bd. v. Johnson*, 133 F.3d 1097, 1103 n. 5 (8th Cir.1998) (limited purpose of preliminary injunction is to preserve relative positions of parties until trial on merits).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.